IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

v.

C.C.I/I.C.E DEPT./HEALTH SERVICE UNIT,
JOANNE LANE, NURSE KIM CAMBELL,
CYNTHIA THORPE, NURSE NATHALIE,
DR. SUILIENE, NURSE C. WELCH
and LILLIAN TENEBRUSO,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-384-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____    7/8/11
Peter Oppeneer, Clerk of Court    Date